# Exhibit A to Complaint

| First Name | Last Name | City | State |
|---|---|---|---|
| Odeh | Abdeljabbar | Daly City | CA |
| Madelyn | Acosta | Los Angeles | CA |
| Jason | Akuffo | Los Angeles | CA |
| Emilio | Alcaraz | North Hollywood | CA |
| Alex | Arnon | San Francisco | CA |
| Javier | Ascencion | Los Angeles | CA |
| Tasheba | Bailey | Oakland | CA |
| Dexter | Baldridge Ii | Oakland | CA |
| Eric | Ballesteros | San Francisco | CA |
| Jasmine | Bazemore | Oakland | CA |
| Eder | Berganza | Los Angeles | CA |
| Antwan | Brewer | Los Angeles | CA |
| Dequan | Brown | Anaheim | CA |
| Tanisha | Butler Billops | San Jose | CA |
| Eduardo | Cabral | Los Angeles | CA |
| Emmanuel | Carlos Arandia | Los Angeles | CA |
| Antwoyne | Carson | Oakland | CA |
| Odis | Chenault | Berkeley | CA |
| Kewisi | Clay | San Francisco | CA |
| Ben | Collotta | Los Angeles | CA |
| Phillip | Contreras | Los Angeles | CA |
| Kapil | Dhakal | San Jose | CA |
| Edward Alexander | Dominguez | Van Nuys | CA |
| Tamala | Drake- Smith | Berkeley | CA |
| Tom | Duffy | San Francisco | CA |
| Agnes | Faafiu | Oakland | CA |
| Robert | Facio | San Jose | CA |
| Alicia | Filer | Oakland | CA |
| Reginald | Foster | Los Angeles | CA |
| Terrence | Fox | North Hollywood | CA |
| Nehana | Frazier | Oakland | CA |
| David | Gauci | Daly City | CA |
| Arman | Ghasemzadeh | San Jose | CA |
| Alfredo | Gomez | Van Nuys | CA |
| George | Gomez | Los Angeles | CA |
| Gerardo | Gonzalez | Compton | CA |
| Jessi | Gonzalez | Los Angeles | CA |
| Kiara | Green | Los Angeles | CA |
| Nichlaus | Hamilton | Inglewood | CA |
| Jackqulyn | Harper | San Jose | CA |
| Jamil | Harris | Los Angeles | CA |
| Joseph | Hartz | North Hollywood | CA |

| First Name | Last Name | City | State |
|---|---|---|---|
| Hicham | Hassouna | Alameda | CA |
| Toussant | Hays | Los Angeles | CA |
| Delores | Hollingsworth | Alameda | CA |
| Albert | Inaudi | San Francisco | CA |
| Albert | Johnson | Alhambra | CA |
| Robin | Johnson | Oakland | CA |
| Michael | Jones | Los Angeles | CA |
| David | Kimani | San Jose | CA |
| Crishon | Lee | Oakland | CA |
| Paul | Lee | Torrance | CA |
| Pius | Leke | Anaheim | CA |
| David | Liss | San Jose | CA |
| Christopher | Low | Simi Valley | CA |
| Emmanuel | Lutebuuka | Oakland | CA |
| Hector | Martin | Inglewood | CA |
| Chante | Martinez | North Hollywood | CA |
| Mario | Matthews | Los Angeles | CA |
| Nakisha | Mc Cadney | Los Angeles | CA |
| Ruben | Mejia | San Jose | CA |
| Marlon | Merino | Los Angeles | CA |
| Lakneesha | Miller | San Jose | CA |
| Lanita | Mucker | Los Angeles | CA |
| John | Nalty | San Jose | CA |
| Daniel | Nerayo | Oakland | CA |
| Christian | Nettles | Los Angeles | CA |
| Sean | Newman | Los Angeles | CA |
| Mohammad | Noori | San Jose | CA |
| Andrew | Norgauer | North Hollywood | CA |
| Doneshia | Osteen | Los Angeles | CA |
| Rendie | Overstreet | Los Angeles | CA |
| Gloria | Paco | San Jose | CA |
| Kenny | Patterson | Los Angeles | CA |
| Carlos | Quintana | Mountain View | CA |
| Franklin | Quintero | San Francisco | CA |
| Timothy | Reed | Los Angeles | CA |
| Mellisa | Roberts | Los Angeles | CA |
| Joseph | Rodriguez | San Jose | CA |
| Alexander | Sanchez | Oakland | CA |
| Alex | Sanchez | Mountain View | CA |
| Pedro | Sanchez | Santa Clara | CA |
| Chris | Santini | San Jose | CA |
| Brian | Sarkis | San Jose | CA |
| Sarah | Scollay | Alameda | CA |
| Labrandon | Shead | Los Angeles | CA |

| First Name | Last Name | City | State |
|---|---|---|---|
| Robyn | Shorter | Oakland | CA |
| Jalisa | Smith | Daly City | CA |
| Kwame | Thomas | San Jose | CA |
| Jonathan | Tu | Los Angeles | CA |
| Dimetrios | Vandiegriff | Inglewood | CA |
| Carlos | Vasquez | Los Angeles | CA |
| Josh | Walker | Van Nuys | CA |
| Devonna | White | Oakland | CA |
| Claudia | Williams | Los Angeles | CA |
| Bernard | Williams | Torrance | CA |
| Jeffery | Williams | Los Angeles | CA |
| Harvey | Williams | Inglewood | CA |
| Jesse | Williamson | Compton | CA |
| Jernard | Wilson | Los Angeles | CA |
| Daniel | Zepeda | Simi Valley | CA |